JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANFORD IRONIO FERNANDES, | Case No. 5:26-cv-03102-SB-SSC |
| Petitioner, | |
| v. | FINAL JUDGMENT |
| WARDEN, ADMINISTRATOR, ADELANTO ICE PROCESSING CENTER et al., | |
| Respondents. | |

For the reasons stated in the separate order entered this date, it is ordered that Petitioner Sanford Ironio Fernandes's petition for a writ of habeas corpus is denied.

This is a final judgment.

Date: July 6, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

1